■ Lorraine Eaton, Appellant, v Bill Fisk et al., Respondents. [604 NYS2d 867] —Order unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Strobridge, J. (Appeal from Order of Supreme Court, Wayne County, Strobridge, J.—Summary Judgment.) Present—Den-

man, P. J., Callahan, Balio, Boomer and Boehm, JJ. *[See, Eaton v Fisk,* 154 Misc 2d 266.]